## United States District Court
### CRIMINAL MINUTES - SENTENCING

Case No.   4:07cr56-RH                                          Time Commenced:  10:10 am
Date        June 11, 2008                                        Time Concluded:      12:55 pm

PROCEEDINGS: Sentencing Hearing Held.  Defendant is sentenced to 24 months custody of BOP, 3 years S/R, $100 SMA, fine waived.

PRESENT:      HON._____**JUDGE ROBERT L. HINKLE**_____ Presiding

| Kimberly Curles | Judy Nolton | Corey Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| Janet Williams | Maria Jimenez |
|---|---|
| Probation Officer | Interpreter |

U.S.A v MONSALVE, et al                                  ATTORNEYS FOR DEFENDANT

(6)  JEAN MANUEL BARADA RIVERA                    (6)   Barbara Sanders
    ✔ present ✔ custody                              ✔ present ✔ apptd.___ retained


✔    DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✔    Objections were made to the PSR.

___    Motion for Substantial assistance filed (5K1.1)

___    Notice of Enhancement filed  _____ Court Question defendant about prior conviction

___    Report & Recommendation of US Magistrate Judge is Accepted ____ Court Accepts Guilty Plea

___    DEFENDANT ADJUDICATED GUILTY OF COUNT(S): _____; SENTENCE IMPOSED:

✔    DFT remanded to custody of Bureau of Prisons
     on count(s)    1  imprisonment for a term of  24  months
                ___ imprisonment for a term of____ months
                ___ imprisonment for a term of ____ months
                ___ imprisonment for a term of ____ months
     with said sentences to run __ concurrently or ___ consecutively

___    Additional recommendation:
     ___ Substance Abuse Treatment while in the custody of BOP
     ___ Intensive Confinement Center (ICC)

✔    FINE PAYMENT: ✔ Fine waived;___ Fine of $____; ✔ SMA OF $ 100.00 due immediately

___    Dft is liable for restitution of:
     $_____made payable to _____
     $_____ made payable to _____
     $_____ made payable to _____

       ___  DFT is jointly and severally liable for restitution with_____

✔    S/R or PROBATION.   Dft is under
     ✔ Supervised Release upon completion of term of imprisonment for a period of  3  years
     ___ Probation for a period of ____ years.
     ___ Home Detention of _____ months with Electronic Monitoring

✔    With the following special conditions or modifications:

     ___DFT to be deported upon release from BOP

     ✔ DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status

If removed dft shall not re-enter the United States without permission of the Attorney General

✔ DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.

✔ DFT shall not own or possess a firearm, dangerous weapon or destructive device.

✔ DFT shall submit to: ✔ testing for the use of drugs or alcohol;

   ✔ Substance abuse treatment as may be directed by US Probation Officer;

   __ Mental Health treatment if deemed necessary by the Probation Officer.

✔ DFT shall provide requested financial information to the U.S. Probation Officer.

__ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.

__ Upon release dft to: ___ maintain employment or enroll as full-time student;

                        ___ complete High School Education.

__ DFT shall notify the probation officer ten days prior to any change of residence or employment.

✔ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.

✔ DFT shall cooperate with the US Probation Department in the collection of DNA samples as required by 42 U.S.C. § 14135a.

__ ADDITIONAL TERMS:


✔ CUSTODY STATUS

   ___ DFT committed to the custody of the U.S. Department of Justice.

   ✔ DFT to surrender to USMS at _____ or ✔ designated institution at his/her own expense no later than 2:00 pm on 8/11/2008 .

   ___ DFT remains on bond with ___ the same terms and conditions or ____ modified terms as follows:


__ Remaining count(s)_____ are dismissed on government motion.


✔ Court informs Dft of right to appeal.

   _____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.


__ Defense Attorney shall file notice with the court on whether the Defendant does or doesn't want to appeal


✔ Court recommends place of incarceration at / near   Orlando, FL   .


PROCEEDINGS:

10:10  Court in session
10:16  Argument to the Court by the Government (Smith)
10:17  Argument to the Court by Defense (Morris)
10:21  Argument to the Court by the Government (Smith)
10:27  Rebuttal argument by Defense (Morris)
10:38  Finding of the Court - the PSR is correct - Defendant is not afforded a reduction for minimal or minor role; Guideline Range given
10:41  Statement to the Court by the Government (Smith)
10:46  Statement to the Court by Defense (Villeneuve)
10:50  Finding of the Court as to Gomez - Guideline Range
       Finding of the Court as to Barada - Guideline Range
10:51  Argument to the Court by Defense (McMurry)
11:07  Court in recess
11:20  Court in session
       Continued argument to the Court by Defense (McMurry)
11:25  Clarification by the Court as to the Guilty Plea entered into by Jorge Londono; Guideline Range given
11:28  Statement to the Court by Government (Smith)
11:32  Finding of the Court as to the charges of defrauding the victims

| | |
|---|---|
| 11:35 | Statement to the Court by Defense (Morris) |
| 11:43 | Statement to the Court by Defense (Villeneuve) |
| 11:52 | Statement to the Court by Defense (Sanders) |
| 12:01 | Statement to the Court by Defendant (Rivera) |
| 12:04 | Statement to the Court by Defense (McMurry) |
| 12:12 | Statement to the Court by Government (Smith) |
| 12:28 | No rebuttal argument by Defense (Morris or Villeneuve) |
| | Rebuttal argument by Defense (Sanders) |
| 12:31 | Statement to the Court by Defense (McMurry) |
| 12:35 | Sentence imposed by the Court |
| 12:55 | Court adjourned |

Initials of Deputy Clerk  *KJC*